Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

2021 SEP -1 AM 11: 10

OFFICE OF THE CLERK

Division

| | |
|---|---|
| Octavius Demonne Counts Sr<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>SPAR Group, INC<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 8:21cv338<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No<br><br>**RECEIVED**<br>SEP -1 2021<br>CLERK<br>U.S. DISTRICT COURT |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Octavius Demonne Counts Sr. |
| Street Address | PO Box 81006 |
| City and County | Lincoln Lanster |
| State and Zip Code | Nebraska 68501 |
| Telephone Number | 4022174688 |
| E-mail Address | Blessedhandsbycounts@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | SPAR Group, INC |
| Job or Title *(if known)* | |
| Street Address | 1910 Opdyke court |
| City and County | Auburn Hills Lancaster County |
| State and Zip Code | Michigan 48326 |
| Telephone Number | 248-364-7727 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Octavius Demonne Counts Sr, is a citizen of the State of *(name)* Nebraska.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* SPAR Group, INC, is incorporated under the laws of the State of *(name)* Delaware, and has its principal place of business in the State of *(name)* Michigan. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

        Medical Damages Past and Ongoing
        Loss of Wages for Personal and Blessed Hands Home Solutions My Business
        Monetary Damages
        Pain and Sufferfing
        Emotional Distress
        Personal Damages

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*    07/12/2021   , at *(place)*    Walmart Supercenter 16960 W. Maple Rd Omaha,NE 68116   ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

SPAR Group, INC has a duty to report any incident and all accidents occurred while present at all working locations prior and presently working, Also provide you medical care if adequate per injury. SPAR GROUP,INC failed to ensure a safe working environment for the health and safety of others while operating this company. In my Case of Complaint, I , Octavius D Counts Sr. , an Independent Contractor and Business Owner of Blessed Hands Homes Solutions, worked alongside SPAR team to do a Walamrt Reset Project. Rich Bailey Position Senior Project Coordinator for SPAR GROUP, INC gave orders to someone from his team to touch a overstock self full of cans cases where I was currently working to complete the bottom self, stocking canned soups, on my hands and knees. I was unaware of their decision to move or touch anything , also wasn't given any Warning while i was working on the bottom self. An Accident occur while i was in a vunerable position unaware of anything as stacks of cases of soup cans unknown exact amount fell from overstock shelf striking my back and shoulder very hard from approx 8ft high up. The injury wasn't reported at all by witnessing SPAR GROUP, INC Rep Rich Bailey SPC, never attempted to file a report or investigated on behalf of my injury while I was present asking him and witnesses on the scene for help me, nor did SPAR SPC rep Rich Bailey or SPAR GROUP, INC never checked if i needed medical care. SPAR GROUP,INC Reps spoke very carelessly about the situation that injured my Back and Shoulder, they all simply walked away ignoring me. SPAR GROUP,INC REPS Senior Project Coordinator Rich Bailey clearly has a Hit and Run mentality and should face Maximum punishment, pay dues for the past and future losses I have Due to their Evident Negligence, Abuse of Power and Authority from SPAR GROUP, INC . I am Serverely Damaged, Suffer Pain and Losses and medical treatment is critcally servere and still ongoing. All due to this Negligent act

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

SPAR GROUP, INC never reported an injury they were resonsible for and the results are severe damages to my back and siactic nerves , permanent pain treatments and surgery are needed for corrections now at 33 years old

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Treble Damages awarded for SPAR GROUP, INC Evidence of Negligence shows that they violated at will.

Actual Damages losses of $115 million dollar contract due to this Severe Direct Damage Injury to my Back and Shoulder resulting Spine and Back Pain , Surgery requested and medical treatment is need in the future. I had to close my business I built Blessed Hands Home Solutions operated by, Octavius D Counts Sr, Owner/Building Technician operated very proudly by myself. Due to the injury to Back it has created problems in my life leaving me physically impaired to perform my duties as a Building Technician under my licenses. I lost a Major contract with a real estate company for Blessed Hands Home Solutions in the amount of 5,750,000 per year for 20 years contract. Currently now not able to negotiate Due to this injury at 33 years old it has destroyed my career in this very Lucrative Building Construction Business and forces me to Put away a lifetime of dedication and determination for NEGLIGENCE so late in my life. Father of 4, all children under age 5 years old and my professsion needs me to function normal in which Im not able. I was in great health, very strong, ambitious before this tradegic accident that nearly resulted in a Hit And Run Due to SPAR GROUP,INC Negligence I was a great health,very strong , athletic, very active, running, weight lifting and love playing sportswith my 4 Toddlers, all of which I am not physically capable of doing due to severe injury and pain for the rest of life. Due to SPAR GROUP,INC that purposely intended to get away with my life and dreams.

Actual Damages loss of earnings as an Independent Contractor $144 a day , 7 Day a week making $1,008 a week, I planned on doing 5 years. approx loss $262,080

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-1-21

Signature of Plaintiff

Printed Name of Plaintiff   Octavius Counts SR

**B.    For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |