IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

OCTAVIUS DEMONNE COUNTS SR.,

    Plaintiff,

vs.

SPAR GROUP, INC.,

    Defendant.

8:21CV338

ORDER

After conferring with the parties,

IT IS ORDERED:

1. Plaintiff's anticipated motion to amend the complaint to add a party shall be filed on or before January 10, 2021.

2. Any motion by Defendant Spar Group for judgment on the pleadings and/or for summary judgment must be filed within 30 days following the court's ruling on Plaintiff's anticipated motion to amend.

Dated this 21st day of December, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge