# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA
# 8TH DISTRICT COURT

<u>OCTAVIUS COUNTS</u>                              CASE # : 8:21-cv-00338-JFB-CRZ
**Plaintiff,**

V

Spar Marketing Force, Inc.
**Defendant**,

And

Wal-Mart Stores, Inc
**Defendant,**

## MOTION FOR DEFAULT JUDGMENT

I, The Plaintiff Octavius Counts, hereby request that a Default Judgement be passed against the Defendant Wal-Mart Stores, Inc, Who was notified by <u>Certified Mail USPS</u> on <u>9-30-2022</u>. USPS In Bentonville, AR confirmed that Wal-Mart Stores, Inc did in fact receive the Certified Mail upon investigation and Evidence of Facts. It's has passed 21 days as of 10-21-2022 to respectfully respond to Summons Request as Enforced by Law. Plaintiff asks this District Court move in favor of this Motion for Default Judgment.

Respectfully submitted by Plaintiff

***Octavius Counts***
<u>Plaintiff Electronically Signed</u>        Date 10-25-2022