IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees by Octavius Demonne Counts, Sr. | 8:21CV338<br>MEMORANDUM<br>AND ORDER |

This matter is before the Court upon the request of Octavius Demonne Counts, Sr., for exemption from PACER fees.

The Court finds that Octavius Demonne Counts, Sr., an indigent person proceeding pro se in 8:21CV338, has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.  Accordingly, Mr. Counts shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of accessing documents in case 8:21CV338.  Mr. Counts shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1.	This fee exemption applies only to Mr. Counts, PACER Account No. 6873457, and is valid only for the purposes stated above;

2.	This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3.	By accepting this exemption, Mr. Counts agrees not to sell for profit any data obtained as a result of receiving this exemption;

4.	Mr. Counts is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

5.	This exemption is valid only while case number 8:21CV338 is pending.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

**IT IS SO ORDERED.**

Dated: March 16, 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge