IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OCTAVIUS DEMONNE COUNTS, SR., <br><br> Plaintiff, <br><br> vs. <br><br> SPAR MARKETING FORCE, INC., and WAL-MART STORES, INC., <br><br> Defendants. | **8:21CV338** <br><br> **ORDER** |

    IT IS ORDERED that the motion to withdraw Cameron C. Finke as counsel of record for Defendant Walmart, (Filing No. 95), is granted. Cameron C. Finke shall no longer receive electronic notice in this case.

    Dated this 29th day of December, 2023.

                                                   BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge