IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OCTAVIUS DEMONNE COUNTSSR., <br><br> Plaintiff, <br><br> vs. <br><br> SPAR GROUP, INC., WALMART STORES, INC., SPAR MARKETING FORCE, SPAR MARKETING FORCE, INC., and WAL-MART STORES, INC., <br><br> Defendants. | 8:21CV338 <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 148). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 4th day of March, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge